FT to ER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SOLOMON, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

         Plaintiff,

   - against -

A + VALET PARKING INC. and CARLOS SARAVIA,

         Defendants.

**ORDER**

22 Civ. 7331 (ER)

Ramos, D.J.:

  On August 27, 2022, David Solomon brought this action against A + Valet Parking and Carolos Saravia, alleging violations of the Fair Labor Standards Act. Doc. 1. A + Valet Parking was served on September 6, 2022 and was required to answer by September 27, 2022. Doc. 6. As of the date of this Order, A + Valet Parking has not appeared or responded.

  Solomon is therefore instructed to submit a status report by no later than October 14, 2022. Failure to do so may result in dismissal of his claims against A + Valet Parking Inc. for failure to prosecute.

It is SO ORDERED.

Dated: October 7, 2022
    New York, New York

                      EDGARDO RAMOS, U.S.D.J.